USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/15/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
AXA XL a/s/o AUGUST WINE GROUP LLC

      Plaintiff,                                         22 cv 2428 (GHW)(JLC)

  - against –

MSC MEDITERRANEAN SHIPPING COMPANY, S.A.    **ORDER AND STIPULATION OF DISCONTINUANCE**

      Defendant.
------------------------------------------------------------------X  **MEMORANDUM ENDORSED**

It is hereby stipulated and agreed, by and between the undersigned, attorneys for the parties herein, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, that the above captioned matter be and hereby is discontinued with prejudice and without costs to either party, subject to reopening by either party by letter request within thirty days of entry of this Order should payment not be consummated.

Dated:  New York, New York
          August 15, 2022

| CASEY & BARNETT LLC | GORDON & REES, LLP |
| --- | --- |
| Attorneys for Plaintiff | Attorneys for Defendant |
| By: *Martin Casey* | By: *Mark A. Beckman* |
| Martin F. Casey | Mark A. Beckman |
| 305 Broadway, Suite 1202 | 1 Battery Park Plaza, 28th Floor |
| New York, NY 10007 | New York, NY 10004 |
| (212) 286-0225 | (212) 269-5500 |

SO ORDERED:

_____
United States District Judge

The parties have stipulated to the dismissal of this action under F.R.C.P. 41(a)(1)(A)(ii).

SO ORDERED.

Dated: August 15, 2022                    _____
New York, New York                        GREGORY H. WOODS
                                                 United States District Judge